UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-81250-CIV-DIMITROULEAS

WYNDHAM VACATION OWNERSHIP, INC. a Delaware corporation; WYNDHAM VACATION RESORTS, INC., a Delaware corporation, WYNDHAM RESORT DEVELOPMENT CORPORATION; an Oregon Corporation, and SHELL VACATIONS, LLC, an Arizona limited liability company,

  Plaintiffs,

v.

CLS, INC. d/b/a ATLAS VACATION REMEDIES and also d/b/a PRINCIPAL TRANSFER GROUP, a Missouri corporation; DONNELLY SNELLEN, an individual; JASON LEVI HEMINGWAY, an individual; CLAPP BUSINESS LAW, LLC, a Missouri limited liability company; MARY CLAPP, ESQ., an individual; THE TRANSFER GROUP, LLC, a Missouri limited liability company; VACATION CONSULTING SERVICES, LLC, a Missouri limited liability company; VCS COMMUNICATIONS, LLC, a Missouri limited liability company; BRIAN SCROGGS, an individual; TRANSFER FOR YOU LLC, a Missouri limited liability company; ALLIED SOLUTION GROUP, LLC, a Missouri limited liability company; JJ MIDWEST MARKETING LLC, a Missouri limited liability company; JJ&C MARKETING, LLC, a Missouri limited liability company; THE MID-WEST TRANSFER, LLC, a Missouri limited liability company; MIDWEST TRANSFERS LLC, a Missouri limited liability company; JOSH UNGARO, an individual; MUTUAL RELEASE CORPORATION a/k/a 417 MRC LLC, a Missouri limited liability company; DAN CHUDY, an individual; MATTHEW TUCKER, an individual; CATALYST CONSULTING FIRM LLC, a Missouri limited liability company; REAL TRAVEL, LLC, an Arkansas limited liability company; and BART BOWE, an individual,

  Defendants.
_____/

## ORDER DENYING PLAINTIFFS' MOTION FOR DEFAULT

THIS CAUSE is before the Court upon Plaintiffs Wyndham Vacation Ownership, Inc., Wyndham Vacation Resorts, Inc., Wyndham Resort Development Corporation, and Shell Vacations, LLC, ("Plaintiffs")'s Motion for Default against Defendants CLS, INC. d/b/a ATLAS VACATION REMEDIES and also d/b/a PRINCIPAL TRANSFER GROUP ("CLS"), DONNELLY SNELLEN ("Snellen"), and JASON LEVI HEMINGWAY ("Hemingway"), [DE 64]. The Court has carefully considered the Motion and is otherwise fully advised in the premises.

On November 5, 2018, the Court entered and Omnibus Order dismissing Plaintiffs' Complaint and requiring Plaintiffs to file an amended complaint on or before November 19, 2018. *See* [DE 58]. Therein, in light of the dismissal of the Complaint, the Court also denied several pending motions to dismiss filed by other Defendants as moot. *See id.* On November 7, 2018, the Court entered a paperless order clarifying that another Defendant who had not yet responded to the original complaint "need not file a response to the original Complaint and can wait to respond to Plaintiffs amended complaint." *See* [DE 62]. Accordingly, as Defendants CLS, INC. d/b/a ATLAS VACATION REMEDIES and also d/b/a PRINCIPAL TRANSFER GROUP ("CLS"), DONNELLY SNELLEN ("Snellen"), and JASON LEVI HEMINGWAY ("Hemingway"), are not presently required to respond to any complaint, as there is no operative complaint, the instant motion for default is unfounded.

Based upon the foregoing, it is **ORDERED AND ADJUDGED** that the Motion for Default against Defendants CLS, INC. d/b/a ATLAS VACATION REMEDIES and also d/b/a PRINCIPAL TRANSFER GROUP ("CLS"), DONNELLY SNELLEN ("Snellen"), and JASON LEVI HEMINGWAY ("Hemingway") [DE 64] is **DENIED**.

In light of the Court's prior Orders and this Order, Plaintiffs' counsel is strongly cautioned to consider the appropriateness of filing further motions for default at this time.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida, this 14th day of November, 2018.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of record