# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

WYNDHAM VACATION
OWNERSHIP, INC.; WYNDHAM
VACATION RESORTS, INC.;
WYNDHAM RESORT
DEVELOPMENT CORPORATION;
SHELL VACATIONS, LLC; SVC-
HAWAII, LLC; SVC-WEST, LLC; and
SVC-AMERICANA, LLC,

                        **Plaintiffs,**

**v.**                                                    **Case No: 6:19-cv-756-Orl-41GJK**

CLAPP BUSINESS LAW, LLC; MARY
CLAPP, ESQ.; THE TRANSFER
GROUP, LLC; VACATION
CONSULTING SERVICES, LLC; VCS
COMMUNICATIONS, LLC; BRIAN
SCROGGS; TRANSFER FOR YOU
LLC; ALLIED SOLUTION GROUP,
LLC; JJ MIDWEST MARKETING
LLC; JJ&C MARKETING, LLC; THE
MID-WEST TRANSFER, LLC;
MIDWEST TRANSFERS LLC; JOSH
UNGARO; REAL TRAVEL, LLC; and
BART BOWE,

                         **Defendants.**

---

## ORDER

This cause came on for consideration without oral argument on the following:

| MOTION: | JOINT STIPULATION REGARDING AMOUNT OF ATTORNEY'S FEES AND COSTS AND PROPOSED ORDER (Doc. No. 164) |
|---|---|
| FILED: | October 4, 2019 |

**THEREON** it is **ORDERED** that the motion be **GRANTED IN PART AND DENIED IN PART**.

On September 19, 2019, the Court granted Plaintiffs' motion to compel (the "Motion to Compel") against the following Defendants: Transfer for You LLC; Allied Solution Group, LLC; JJ Midwest Marketing LLC; JJ&C Marketing LLC; The Midwest Transfer LLC; Midwest Transfers LLC; and Josh Ungaro (collectively the "Ungaro Defendants"). Doc. No. 163. The Court awarded Plaintiffs their attorney's fees and costs incurred in bringing the Motion to Compel. *Id.* at 3. The parties were ordered to confer "in a good faith effort to agree on the amount of attorney's fees and costs awarded[,]" and if they were unable to agree, then Plaintiffs could file a motion to quantify the fees. *Id.* On October 4, 2019, Plaintiffs and the Ungaro Defendants filed a Joint Stipulation Regarding Amount of Attorney's Fees and Costs and Proposed Order (the "Joint Stipulation"). Doc. No. 164.

The parties stipulate that the award of attorney's fees and costs should be $2,000. *Id.* at ¶ 3. They ask the Court to enter an order approving the Joint Stipulation in the form attached to the Joint Stipulation. *Id.* at ¶ 4. After the Joint Stipulation was filed, Plaintiffs' counsel and Defendant Mary Clapp included the undersigned's chambers email address in their email discussion regarding the language in the proposed order. They are advised that proposed orders should not be submitted to the undersigned unless requested, and the undersigned should not be included in their email correspondence to each other.

Based on the forgoing, it is **ORDERED** that the Joint Stipulation (Doc. No. 164) is **GRANTED IN PART AND DENIED IN PART** as follows:

1. Plaintiffs are awarded $2,000 against the Ungaro Defendants for attorney's fees and costs incurred in bringing the Motion to Compel; and

2.  In all other respects, the Joint Stipulation is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida, on October 15, 2019.

GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record