UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WYNDHAM VACATION
OWNERSHIP, INC., WYNDHAM
VACATION RESORTS, INC.,
WYNDHAM RESORT
DEVELOPMENT CORPORATION,
SHELL VACATIONS, LLC, SVC-
HAWAII, LLC, SVC-WEST, LLC and
SVC-AMERICANA, LLC,

        **Plaintiffs,**

v.                                                    Case No: 6:19-cv-756-Orl-41GJK

CLAPP BUSINESS LAW, LLC, MARY
CLAPP, ESQ., THE TRANSFER
GROUP, LLC, VACATION
CONSULTING SERVICES, LLC, VCS
COMMUNICATIONS, LLC, BRIAN
SCROGGS, TRANSFER FOR YOU
LLC, ALLIED SOLUTION GROUP,
LLC, JJ MIDWEST MARKETING LLC,
JJ&C MARKETING, LLC, THE MID-
WEST TRANSFER, LLC, MIDWEST
TRANSFERS LLC, JOSH UNGARO,
REAL TRAVEL, LLC and BART
BOWE,

        **Defendants.**
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiffs' Motion for Default Judgment and Permanent Injunction ("Motion," Doc. 184). United States Magistrate Judge Thomas B. Smith issued a Report and Recommendation (Doc. 187) in which he recommends denying the Motion. (*Id.* at 5). After a *de novo* review of the record, and noting that no objections were timely filed,

this Court agrees entirely with the analysis set forth in the R&R. Accordingly, it is **ORDERED** and **ADJUDGED** that:

1. The Report and Recommendation (Doc. 187) is **ADOPTED** and **CONFIRMED** and is made a part of this Order.
2. Plaintiffs' Motion for Default Judgment and Permanent Injunction (Doc. 184) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on March 11, 2020.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties